United States Courts
Southern District of Texas
FILED

APR 27 2016

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § | CRIMINAL NO. |
| SAHARA KIRKSEY § | 16 CR 0 1 6 1 |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

(Theft of Government Money, Title 18 U.S.C. §§ 641 and 2)

On or about July2, 2012, and as part of a continuing offense to on or about August 6, 2013, in the Houston Division of the Southern District of Texas,

SAHARA KIRKESY,

defendant herein, aided and abetted by others known and unknown to the grand jury, did embezzle, steal, purloin, and willfully and knowingly convert to her own use, property, valued at over $1000, to wit: treasury checks, belonging to the United States and any department and

agency thereof, and the defendant did so knowing the property was not hers and with intent to deprive the owner of the use of said property.

In violation of Title 18, United States Code Section 641.

A TRUE BILL:

]     Original Signature on File

KENNETH MAGIDSON
United States Attorney

Glenn Cook
Assistant U.S. Attorney